**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:                                                                      CASE NO. 6:09-BK-06781-ABB

LESLIE A. SWEET,                                                     CHAPTER 11

        DEBTOR.
_____/

**ORDER GRANTING MOTION BY U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF THE LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES 2007-3, FOR RELIEF FROM THE AUTOMATIC STAY, OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION**

THIS MATTER came before the Court for hearing on July 27, 2009 at 3:00 PM upon the Emergency Motion of U.S. Bank National Association, as Trustee of the Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates 2007-3 ("U.S. Bank"), for Relief from the Automatic Stay, or, in the Alterative, for Adequate Protection (the "Motion") [Doc. at 23]. The Court having reviewed the Motion, having heard arguments of counsel and being otherwise fully advised in the premises, and good cause appearing therefor, it is hereby

ORDERED and ADJUDGED as follows:

1. The Motion is GRANTED.

2. The automatic stay is lifted pursuant to Section 362(d)(1) and (2) to allow U.S. Bank to pursue its *in rem* legal rights and remedies, including, without limitation, foreclosing against that certain real property commonly known as 215 South Vernon Avenue, Kissimmee, Florida 34741 ("Property") and more particularly described as:

> The South 4.42 feet of Lot 2 and the North 76.58 feet of Lot 3, Block III, of W.A. PATRICK & CO. AND U.P. HUGHEY'S ADDITION TO THE TOWN OF KISSIMMEE, according to the Official Plat thereof, recorded in Plat Book "A", Page 1 of the Public Records of Osceola County, Florida.

3. U.S. Bank will not seek *in personam* relief against the Debtor.

DONE AND ORDERED at Orlando, Florida on July 30, 2009.



_____
ARTHUR B. BRISKMAN
UNITED STATES BANKRUPTCY JUDGE

Copies furnished to:

Leslie A. Sweet
13312 Bonica Way
Windermere, FL 34786

Miriam G. Suarez
United States Trustee
135 W Central Blvd., Suite 620
Orlando, FL 32801

Bank of America
Home Loans Servicing
Customer Service
P.O. Box 5170
Simi Valley, CA 93062-5170

FIA Card Services
(Bank of America)
P.O. Box 15137
Wilmington, DE 19850-5137

Richard E. Larsen
Larsen and Associates
300 S. Orange Avenue
Suite 1200
Orlando, FL 32801-3378

JP Morgan Chase
(Formerly WAMU Home Loans)
P.O. Box 100569
Florence, SC 29502-0569

JP Morgan Chase
P.O. Box 15299
Wilmington, DE 15950-5299

JP Morgan Chase
Legal Department
1191 E. Newport Center Drive
Deerfield Beach, FL 33442

GE Money Bank
P.O. Box 891064
El Paso, TX 79998-1064

Dilards
P.O. Box 981469
El Paso, TX 79998-1469

- 3 -

| | |
|---|---|
| Walmart Discover<br>P.O. Box 981064<br>El Paso, TX 79998-1064 | JC Penneys<br>P.O. Box 96001<br>Orlando, FL 32896-0001 |
| Broyhill/GEMB<br>P.O. Box 981127<br>El Paso, TX 79998-1127 | Home Design –<br>Furniture/GEMB<br>P.O. Box 981127<br>El Paso, TX 79998-1127 |
| Wachovia Card Services, NA<br>P.O. BBox 660509<br>Dallas, TX 72566-0509 | Sears Gold Master Card<br>P.O. Box 6282<br>Sioux Falls, SD 57117-6282 |
| Wells Fargo Business<br>Direct<br>P.O. Box 348750<br>Sacramento, CA 95834 | American Signature Furniture<br>WFNNB<br>Bankruptcy Department<br>P.O. Box 182125<br>Columbus, OH 43216-2125 |
| First National Bank Omaha<br>P.O. Box 2557<br>Omaha, NE 68103-2557 | Best Finance Corp.<br>P.O. Box 660232<br>Indianapolis, IN 46266 |
| Office Depot<br>P.O. Box 689182<br>Des Moines, IA 50468-9182 | Capital One Bank<br>P.O. Box 30285<br>Salt Lake City, UT 84030-0285 |
| ATT Universal Cards<br>P.O. Box 44167<br>Jacksonville, FL 32231-4167 | Internal Revenue Service<br>Dept. of the Treasury<br>Philadelphia, PA 32231-4167 |
| Osceola County Tax Collector<br>2501 E. Irlo Bronson Highway<br>Kissimmee, FL 34744 | Flat Iron Capital<br>950 17th Street, Sutie 1300<br>Denver, CO 80202 |
| First Florida Finance Corporation<br>P.O. Box 4166<br>Tallahassee, FL 32315 | U.S. Small Business Administration<br>Linda S. Cook, Esq.<br>100 S. Biscayne Blvd., Suite 1005<br>Miami, FL 33131 |
| Michelle Hart<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | |

ORLDOCS 11577789 1